United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 15-10481-PC
Ace Awning, Inc.                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9          User: admin          Page 1 of 1          Date Rcvd: Nov 08, 2017
                              Form ID: pdf042      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db              #+Ace Awning, Inc.,   11182 Azahar Street,   Ventura, CA 93004-1962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Daniel A Higson    on behalf of Interested Party Daniel A Higson dlhigson@hathawaylawfirm.com,
               r45866@notify.bestcase.com;ljensen@hathawaylawfirm.com;dacevedo@hathawaylawfirm.com;bmcmurdo@hath
               awaylawfirm.com;jhiguera@hathawaylawfirm.com
              Gilbert B Weisman, ll    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
              Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com,
               C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com;Brian@MarguliesFaithlaw.com
              Noreen A Madoyan    on behalf of Trustee Jeremy W. Faith (TR) Noreen@MarguliesFaithLaw.com,
               Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;Brian@MarguliesFaithlaw.com
              United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
              William E Winfield    on behalf of Debtor   Ace Awning, Inc. wwinfield@rstlegal.com
                                                                                             TOTAL: 6

| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jeremy W. Faith<br>Margulies Faith LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>(818) 705-2777 Phone<br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 08 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY HANDY    DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**NORTHERN DIVISION, SAN FERNANDO VALLEY DIVISION** |
| In re:<br><br>ACE AWNING, INC.<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:15-10481-PC<br>CHAPTER: 7 |
| | **ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE: 11/7/2017<br>TIME:   10:00 a.m.<br>COURTROOM: 201<br>ADDRESS: 1415 State St<br>Santa Barbara, CA 93101 |

The chapter 7 trustee filed a Trustee's Final Report in this case. Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals. Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

   |   | $ |
   |---|---|
   |   | $ |
   |   | $ |

   | Subtotal of court fees: | $ 0.00 |
   |---|---|
   | U.S. Trustee fees | $ 0.00 |
   | Total allowed court and U.S. Trustee fees | $ 0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*   Page 1   **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | ( ) **Name of Professional/Profession:** MARGULIES FAITH LLP, ATTORNEY FOR TRUSTEE (CH.7) (Firm) | | | | |
   | Fees | $ 15,339.00 | $ 15,339.00 | $ 0.00 | $ 7,705.67 |
   | Expenses | $ 1,103.27 | $ 1,103.27 | $ 0.00 | $ 1,103.27 |
   | ( ) **Name of Professional/Profession:** LEA Accountancy LLP, ACCOUNTANT FOR TRUSTEE (CH.7) (Non-Firm) | | | | |
   | Fees | $ 7,241.50 | $ 7,241.50 | $ 0.00 | $ 3,637.82 |
   | Expenses | $ 257.75 | $ 257.75 | $ 0.00 | $ 257.75 |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee:** Jeremy W. Faith | | | | |
   | Fees | $ 2,936.07 | $ 2,936.07 | $ 0.00 | $ 1,474.96 |
   | Expenses | $ 272.21 | $ 272.21 | $ 0.00 | $ 272.21 |
   | Bank Fees | $ 571.87 | $ 571.87 | $ 571.87 | $ 0.00 |
   | Bond | $ 13.91 | $ 13.91 | $ 13.91 | $ 0.00 |
   | Taxes | $ 1,622.04 | $ 1,622.04 | $ 861.00 | $ 761.04 |

   ☐ Additional trustee fees and expenses attached.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee**: | | | | |
| Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Bank Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Bond | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order. Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☐ Other:

###

Date: November 8, 2017

Peter H. Carroll
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                              **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**